| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | 5:05CR00011-001 |
| TRANSFER OF JURISDICTION | |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00013 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Anthony Coleman | Eastern District of Texas | Texarkana |
| | NAME OF SENTENCING JUDGE<br>David Folsom, U.S. District Judge<br><br>NAME OF REASSIGNED JUDGE<br>Michael Schneider, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 22, 2012 | TO May 21, 2016 |

OFFENSE
Possession with Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas--Texarkana Division

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/17/12

Date　　　　　　　　　　　　　　　　　　　　　United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Middle District of Tennessee--Nashville Division

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-22-13

Effective Date　　　　　　　　　　　　　　　　　United States District Judge