UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:13-00013 |
| ) | JUDGE KEVIN H. SHARP |
| MICHAEL ANTHONY COLEMAN ) | |

### O R D E R

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 19) to which there is no opposition.

The motion is GRANTED and the hearing set for June 27, 2013, is hereby rescheduled for Monday, September 9, 2013, at 10:00 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE