# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | CASE NO. 3:13-00013 |
| ) | JUDGE KEVIN H. SHARP |
| **MICHAEL ANTHONY COLEMAN** ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 29) to which there is no opposition.

The motion is GRANTED and the hearing set for April 28, 2014, is hereby rescheduled for Friday, June 20, 2014 at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE